UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:26-CV-00742-GNS

JOSE LUIS BOZ-AZCUY PETITIONER

v.

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security;
U.S. DEPARTMENT OF HOMELAND SECURITY;
PAM BONDI, Attorney General of the United States;
SAM OLSON, Director of the
Chicago Field Office of
Immigration and Customs Enforcement;
JEFF TINDALL, Warden,
Oldham County Detention Center,
in their official capacities RESPONDENTS

# **ORDER**

This matter is before the Court on Petitioner's Petition for Writ of Habeas Corpus (DN 1). In support of Respondents' response (DN 7) to the Show Cause Order (DN 5), Respondents have filed numerous exhibits with extensive redactions. Respondents did not seek leave from the Court to authorize such redactions or explain why such redactions were warranted. *See* Fed. R. Civ. P. 5.2.

Accordingly, **IT IS HEREBY ORDERED** that **on or before October 2, 2026**, Respondents shall file a motion for leave to seal along with unredacted copies of all exhibits previously submitted.

**Greg N. Stivers, Judge**
**United States District Court**
September 29, 2026

cc: counsel of record